THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, SIERRA CLUB, IDAHO CONSERVATION LEAGUE, and MI FAMILIA VOTA,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, UNITED STATES ARMY CORPS OF ENGINEERS, and R.D. JAMES, in his official capacity as Assistant Secretary of the Army for Civil Works,<br><br>　　　　　　Defendants. | No. 2:20-cv-00950-JCC<br><br>**PRAECIPE** |

Prospective Intervenor Patagonia Works hereby requests leave of the Court to file the attached corrected Patagonia Works' Reply in Support of Motion to Intervene under Local Rule 7(m). Patagonia made minor corrections to its Reply, Dkt. #37. The corrections are at the following locations: Page 1, Line 24; Page 2, Lines 1–2; Page 2, Line 25; Page 3, Line 6; Page 3, Line 12; Page 4, Line 15; and Page 6, Line 6.

None of these changes are substantive. They were made merely to clarify Patagonia's meaning and intent. Patagonia's corrected reply will not exceed six pages.

DATED this 4th day of September, 2020.

>
> CASCADIA LAW GROUP PLLC
>
> By   s/ Stephen J. Tan
> Stephen J. Tan, WSBA No. 22756
> Meghan E. Gavin, WSBA No. 50124
> Cascadia Law Group PLLC
> 1201 Third Avenue, Suite 320
> Seattle, WA 98101
> Telephone:  (206) 292-6300
> Facsimile:   (206) 292-6301
> Email:  stan@cascadialaw.com;
>             mgavin@cascadialaw.com
>
> PATAGONIA, INC.
> Robert D. Tadlock, (Admitted *pro hac vice*)
> Avi S. Garbow, (Admitted *pro hac vice*)
> Patagonia, Inc.
> 259 W. Santa Clara Street
> Ventura, CA 93001
> Telephone:  (800) 638-6464
> Email:  Robert.Tadlock@patagonia.com;
>             Avi.Garbow@patagonia.com
>
> Attorneys for Plaintiff-Intervenor
> Patagonia Works

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September, 2020, the foregoing was electronically filed with the Clerk of the Court using the Court's electronic filing system, which will send notification of said filing to the attorneys of record that have, as required, registered with the Court's system.

DATED this 4th day of September, 2020 at Seattle, Washington.

By   s/ Stephen J. Tan
Stephen J. Tan, WSBA No. 22756
Cascadia Law Group PLLC
1201 Third Avenue, Suite 320
Seattle, WA 98101
Email:  stan@cascadialaw.com