THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE, et al.,

Plaintiffs,

v.

ANDREW WHEELER, et al.,

Defendants,

and

AMERICAN FOREST & PAPER
ASSOCIATION; AMERICAN PETROLEUM
INSTITUTE; EDISON ELECTRIC
INSTITUTE; NATIONAL MINING
ASSOCIATION, and the NATIONAL STONE,
SAND, & GRAVEL ASSOCIATION;

Intervenor-Defendants.

No. 2:20-CV-00950-JCC

**INTERVENOR-DEFENDANTS'
ANSWER TO THE FIRST
AMENDED COMPLAINT**

INTERVENOR-DEFENDANTS'
ANSWER TO THE COMPLAINT

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

# INTRODUCTION

Pursuant to Fed. R. Civ. P. 8, Intervenor-Defendants American Forest & Paper Association; American Petroleum Institute; Edison Electric Institute; National Mining Association; and National Stone, Sand, and Gravel Association (collectively, the "Business Intervenors"), through the undersigned counsel, respectfully answer the Complaint (Dkt. 1) in the above-captioned action.

The headings and subheadings within the Complaint do not contain allegations that require a response. To the extent a response is required, the allegations contained in the headings and subheadings are denied.

1.      Paragraph 1 consists of opinions, legal conclusions, and characterizations to which no response is required. Paragraph 1 also characterizes and selectively quotes from statutory authority, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

2.      Paragraph 2 consists of opinions, legal conclusions, and characterizations to which no response is required. Paragraph 2 also characterizes statutory authority, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

3.      Paragraph 3 characterizes plaintiffs' lawsuit and does not require a response. To the extent a response is required, the Business Intervenors admit that the United States Environmental Protection Agency ("EPA") and the United States Army Corps of Engineers (collectively, the "agencies") published a rule entitled "Definition of Waters of the U.S.: Recodification of Pre-Existing Rules" on October 22, 2012. *See* 84 Fed. Reg. 56,626 (October 22, 2019) ("Repeal Rule"). The Repeal Rule repealed prior definition of WOTUS. *See* "Clean Water Rule: Definition of 'Waters of the U.S.,'" 80 Fed. Reg. 37,054 (June 29, 2015) ("2015 WOTUS Rule"). The Business Intervenors further admit that the agencies published "The Navigable Waters Protection Rule: Definition of 'Waters of the United States'" ("2020 Rule") on

INTERVENOR-DEFENDANTS'
ANSWER TO THE FIRST AMENDED
COMPLAINT

1

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300   FAX 206.493.2310

April 21, 2020. *See* 85 Fed. Reg. 22,250 (Apr. 21, 2020). The 2020 Rule culminates a two-step process to repeal and then replace the 2015 Rule. The Business Intervenors further admit that coverage of the 2020 Rule challenged in this action is different than the prior regulatory regime, and that some wet areas covered by the prior regime would not be jurisdictional under the 2020 Rule.

4.      Paragraph 4 consists of opinions, legal conclusions, and characterizations to which no response is required.  Paragraph 4 also characterizes statutory authority, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.  To the extent a response is required, the Business Intervenors deny the allegations in Paragraph 4.

5.      Paragraph 5 consists of opinions, legal conclusions, and characterizations to which no response is required.  To the extent a response is required, the allegations in Paragraph 5 are denied.

6.      Paragraph 6 constitutes plaintiffs' characterization of their claim for relief, to which no response is required.

7.      The Business Intervenors lack information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.      The Business Intervenors lack information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9.      The Business Intervenors lack information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.      The Business Intervenors lack information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.      Admitted.

12.      Admitted.

INTERVENOR-DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT

2

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

13.     Paragraph 13 consists of opinions, characterizations, and legal conclusions to which no response is required. To the extent a response is required, the Business Intervenors admit that coverage of the 2020 Rule challenged in this action is different than the prior regulatory regime, and that some wet areas covered by the prior regime would not be jurisdictional under the 2020 Rule. The Business Intervenors deny the remaining allegations in Paragraph 13.

14.     Paragraph 14 consists of opinions, legal conclusions, and characterizations to which no response is required. To the extent a response is required, the Business Intervenors lack information sufficient to form a belief as to the truth of the allegations concerning the activities of the plaintiff organizations' members. The Business Intervenors deny the remaining allegations in Paragraph 14.

15.     The Business Intervenors lack information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16.     Paragraph 16 consists of legal conclusions to which no response is required.

17.     Paragraph 17 consists of legal conclusions to which no response is required.

18.     Paragraph 18 consists of legal conclusions to which no response is required. To the extent a response is required, the Business Intervenors lack information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19.     Paragraph 19 consists of legal conclusions to which no response is required. To the extent a response is required, the Business Intervenors lack information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20.     Paragraph 20 consists of opinions, legal conclusions, and characterizations to which no response is required. Paragraph 20 also characterizes and selectively quotes from statutory authority, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

INTERVENOR-DEFENDANTS'
ANSWER TO THE FIRST AMENDED
COMPLAINT

3

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300   FAX 206.493.2310

21.     Paragraph 21 consists of opinions, legal conclusions, and characterizations to which no response is required. Paragraph 21 characterizes and selectively quotes from statutory authority, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

22.     Paragraph 22 consists of legal conclusions and characterizations to which no response is required. Paragraph 22 also characterizes and selectively quotes from statutory authority, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

23.     Paragraph 23 consists of opinions and characterizations of legislative materials, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

24.     Paragraph 24 consists of opinions to which no response is required. Paragraph 24 also characterizes and selectively quotes from legislative materials, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

25.     Paragraph 25 consists of opinions, legal conclusions, and characterizations to which no response is required. Paragraph 25 also characterizes and selectively quotes from legislative materials, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

26.     Paragraph 26 consists of opinions, legal conclusions, and characterizations to which no response is required. Paragraph 26 also characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

27.     Paragraph 27 consists of opinions, legal conclusions, and characterizations to which no response is required. Further, Paragraph 27 characterizes and selectively quotes from

INTERVENOR-DEFENDANTS'
ANSWER TO THE FIRST AMENDED
COMPLAINT

4

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

legal opinions, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

28.     Paragraph 28 consists of opinions, legal conclusions, and characterizations to which no response is required. Paragraph 28 also characterizes legal opinions, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

29.     Paragraph 29 consists of opinions and characterizations to which no response is required. Paragraph 29 also characterizes and selectively quotes from a legal opinion, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

30.     Paragraph 30 consists of opinions and characterizations to which no response is required. Paragraph 30 also consists of opinions, characterizations, and legal conclusions to which no response is required.

31.     Paragraph 31 consists of a legal conclusion to which no response is required.

32.     Paragraph 32 consists of legal conclusions and characterizations to which no response is required. Paragraph 32 also characterizes and cites to statutory authority, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

33.     Admitted.

34.     Paragraph 34 consists of legal conclusions and characterizations to which no response is required. Paragraph 34 characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

35.     Paragraph 35 consists of opinions, legal conclusions, and characterizations to which no response is required. Paragraph 35 also selectively quotes from the *Federal Register*

INTERVENOR-DEFENDANTS'
ANSWER TO THE FIRST AMENDED
COMPLAINT

5

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

and characterizes agency materials, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

36.     Paragraph 36 consists of opinions, legal conclusions, and characterizations to which no response is required. Paragraph 36 also characterizes agency materials, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

37.     Paragraph 37 consists of opinions and characterizations to which no response is required. Paragraph 37 also characterizes agency materials, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

38.     Paragraph 38 consists of opinions and characterizations to which no response is required. Paragraph 38 characterizes agency materials, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

39.     Paragraph 39 consists of opinions and characterizations to which no response is required. Paragraph 39 also characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

40.     The Business Intervenors admit the Agencies issued the 2015 Rule on June 29, 2015. The remaining allegations in Paragraph 40 characterize and selectively quote from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

41.     Paragraph 41 consists of opinions and characterizations to which no response is required. Paragraph 41 also characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

42.     Paragraph 42 consists of opinions and characterizations to which no response is required. In addition, Paragraph 42 characterizes and selectively quotes from agency materials,

INTERVENOR-DEFENDANTS'
ANSWER TO THE FIRST AMENDED
COMPLAINT

6

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300   FAX 206.493.2310

which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

43.     Paragraph 43 consists of opinions and characterizations to which no response is required. Paragraph 43 also characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

44.     Paragraph 44 consists of opinions and characterizations to which no response is required. Paragraph 44 also characterizes and selectively quotes from the *Federal Register* and agency materials, which are publicly available, speaks for themselves, are the best evidence of their contents, and to which no response is required.

45.     Paragraph 45 consists of opinions and characterizations to which no response is required. Paragraph 45 also characterizes agency materials, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

46.     Paragraph 46 consists of opinions and characterizations to which no response is required. Paragraph 46 also characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

47.     Paragraph 47 consists of opinions and characterizations to which no response is required. Paragraph 47 also characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

48.     Paragraph 48 consists of opinions, characterizations, and legal conclusions to which no response is required. Paragraph 48 also characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required. To the extent a response is required, the Business Intervenors deny that the exclusion for waste treatment systems create waste dumps in waters.

INTERVENOR-DEFENDANTS' ANSWER TO THE FIRST AMENDED COMPLAINT

7

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

49.     Paragraph 49 consists of opinions, characterizations, and legal conclusions to which no response is required. Further, Paragraph 49 characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

50.     Paragraph 50 consists of opinions, characterizations, and legal conclusions to which no response is required. Further, Paragraph 50 characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

51.     Paragraph 51 consists of opinions and characterizations. Paragraph 51 also characterizes and selectively quotes from the Federal Register, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

52.     Paragraph 52 characterizes Executive Order No. 13778, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required. The allegations in Paragraph 52 also contain conclusions of law to which no response is required; to the extent these allegations are offered for the truth of the matters asserted, the allegations in Paragraph 52 are denied.

53.     The Business Intervenors admit that the Agencies published the referenced notice of proposed rulemaking in 2017. The remaining allegations in Paragraph 53 characterize the Federal Register, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

54.     The Business Intervenors admit that the Agencies published the 2019 Repeal Rule on October 22, 2019. The remaining allegations in Paragraph 54 characterize the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

55.     Admitted.

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

56.     Paragraph 56 consists of opinions, characterizations, and legal conclusions to which no response is required. Additionally, Paragraph 56 characterizes the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required. To the extent a response is required, the Business Intervenors deny the allegations in Paragraph 56.

57.     Paragraph 57 consists of opinions and legal conclusions to which no response is required. Paragraph 57 also characterizes the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required. To the extent a response is required, the Business Intervenors deny the allegations in Paragraph 57.

58.     Admitted.

59.     Paragraph 59 consists of opinions to which no response is required. To the extent a response is required, the allegations in Paragraph 59 are denied.

60.     Admitted.

61.     Paragraph 61 consists of opinions, characterizations, and legal conclusions to which no response is required. Paragraph 61 also characterizes the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required. To the extent a response is required, the Business Intervenors admit that coverage of the 2020 Rule challenged in this litigation is different from the prior regulatory regime, and that some wet areas covered by the prior regime would not be jurisdictional under the 2020 Rule.

62.     Paragraph 62 consists of characterizations, opinions, and legal conclusions, to which no response is required. Further, the allegations in Paragraph 62 characterize the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

63.     Paragraph 63 consists of opinions, characterizations, and legal conclusions to which no response is required. Further, the allegations in Paragraph 63 characterize the *Federal*

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300   FAX 206.493.2310

*Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

64.     Paragraph 64 consists of opinions and characterizations to which no response is required. Paragraph 64 also characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

65.     Paragraph 65 consists of opinions, characterizations, and legal conclusions to which no response is required. Paragraph 65 also characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required. To the extent a response is required, the Business Intervenors admit that coverage of the 2020 Rule challenged in this litigation is different from the prior regulatory regime, and that some wet areas covered by the prior regime would not be jurisdictional under the 2020 Rule.

66.     Paragraph 66 consists of opinions, characterizations, and legal conclusions to which no response is required. Paragraph 66 also characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required. To the extent a response is required, the Business Intervenors admit that coverage of the 2020 Rule challenged in this litigation is different from the prior regulatory regime, and that some wet areas covered by the prior regime would not be jurisdictional under the 2020 Rule.

67.     Paragraph 67 consists of opinions, characterizations, and legal conclusions to which no response is required. Paragraph 67 characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

68.     Paragraph 68 consists of opinions, characterizations, and legal conclusions to which no response is required. Paragraph 68 also characterizes and selectively quotes from the

INTERVENOR-DEFENDANTS'
ANSWER TO THE FIRST AMENDED
COMPLAINT

10

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300   FAX 206.493.2310

*Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

69.     The allegations in Paragraph 69 consists of opinions, characterizations, and legal conclusions to which no response is required. Further, Paragraph 69 characterizes and selectively quotes from the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required.

70.     Paragraph 70 consists of opinions and legal conclusions to which no response is required. Further, the allegations in Paragraph 70 characterize a legal opinion and the *Federal Register*, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

71.     Paragraph 71 consists of opinions, characterizations, and legal conclusions to which no response is required. Paragraph 71 also characterizes the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required. To the extent a response is required, the Business Intervenors deny the allegations in Paragraph 71.

72.     Paragraph 72 consists of opinions, characterizations, and legal conclusions to which no response is required. To the extent a response is required, the Business Intervenors deny the allegations in Paragraph 72.

73.     Paragraph 73 consists of opinions, characterizations, and legal conclusions to which no response is required. The allegations in Paragraph 73 also characterize the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required. To the extent a response is required, the Business Intervenors deny the allegations in Paragraph 73.

74.     Paragraph 74 consists of opinions, characterizations, and legal conclusions to which no response is required. The allegations in Paragraph 74 also characterize the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to

INTERVENOR-DEFENDANTS'
ANSWER TO THE FIRST AMENDED
COMPLAINT

11

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300   FAX 206.493.2310

which no response is required. To the extent a response is required, the Business Intervenors deny the allegations in Paragraph 74.

75.     Paragraph 75 consists of opinions, characterizations, and legal conclusions to which no response is required. The allegations in Paragraph 75 also characterize the *Federal Register*, which is publicly available, speaks for itself, is the best evidence of its contents, and to which no response is required. To the extent a response is required, the Business Intervenors deny the allegations in Paragraph 75.

76.     Admitted.

77.     Paragraph 77 consists of opinions and characterizations to which no response is required. Paragraph 77 also characterizes and selectively quotes from agency materials, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

78.     Paragraph 78 consists of opinions and characterizations to which no response is required. Paragraph 78 also characterizes and selectively quotes from agency materials, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required. To the extent a response is required, the allegations in Paragraph 78 are denied.

79.     Paragraph 79 consists of opinions and characterizations to which no response is required. Paragraph 79 also characterizes and selectively quotes from agency materials, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

80.     Paragraph 80 consists of opinions, characterizations, and legal conclusions to which no response is required. Paragraph 80 also characterizes and selectively quotes from agency materials, which are publicly available, speak for themselves, are the best evidence of their contents, and to which no response is required.

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

1    81.    Paragraph 81 consists of opinions, characterizations, and legal conclusions to

2   which no response is required. To the extent a response is required, the Business Intervenors

3   deny the allegations in Paragraph 81.

4    The allegations following Paragraph 81 are statements of legal theories, causes of action,

5   and a prayer for relief, to which no response is required.

6                                    **GENERAL DENIAL**

7    To the extent that any factual allegation in the Complaint has not been admitted or

8   specifically responded to, the Business Intervenors deny such allegation.

9                                        **DEFENSES**

10   1.    The Court lacks jurisdiction over some or all of Plaintiffs' claims.

11   2.    Plaintiffs have failed to state a claim for which relief can be granted with respect

12   to one or more of the claims set forth in the Complaint.

13   3.    Plaintiffs lack standing with respect to one or more of the claims set forth in the

14   Complaint.

15   The Business Intervenors reserve the right to raise any defense, including but not limited

16   to those found in Federal Rules of Civil Procedure 8(c) and 12, that may be supported by

17   the record in this case.

18   Dated this 8th day of October, 2020.

19                                    TUPPER MACK WELLS PLLC

20

21                                    /s/ James A. Tupper, Jr.
                                      James A. Tupper, Jr., WSBA No. 16873
22                                    2025 First Avenue, Suite 1100
                                      Seattle, WA 98121
23                                    (206) 493-2300
                                      tupper@tmw-law.com

24                                    /s/ Lynne M. Cohee
                                      Lynne M. Cohee, WSBA No. 18496
25                                    2025 First Avenue, Suite 1100
                                      Seattle, WA 98121
26                                    (206) 493-2300
                                      cohee@tmw-law.com

INTERVENOR-DEFENDANTS'             13
ANSWER TO THE FIRST AMENDED
COMPLAINT

1

2          MAYER BROWN LLP

3          Timothy S. Bishop*
           Colleen M. Campbell*
4          1999 K Street NW
           Washington, DC  20006
5          (202) 263-3000
           tbishop@mayerbrown.com
6          ccampbell@mayerbrown.com

7          Brett E. Legner*
           71 S. Wacker Drive
8          Chicago, IL 60606
           Telephone:  (312) 701 7829
9          Facsimile:  (312) 706 8607
           blegner@mayerbrown.com

10
           *Attorneys for Intervenors-Defendants*
11         *Pro hac vice

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

INTERVENOR-DEFENDANTS'
ANSWER TO THE COMPLAINT

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310