THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WHEELER, et al., <br><br> Defendants, <br><br> and <br><br> AMERICAN FOREST & PAPER ASSOCIATION; AMERICAN PETROLEUM INSTITUTE; EDISON ELECTRIC INSTITUTE; NATIONAL MINING ASSOCIATION, and the NATIONAL STONE, SAND, & GRAVEL ASSOCIATION; <br><br> Intervenors-Defendants. | No. 2:20-cv-00950-JCC <br><br> **BUSINESS INTERVENORS' UNOPPOSED MOTION TO DISMISS INTERVENOR DEFENDANT EDISON ELECTRIC INSTITUTE** <br><br> Note for Motion Calendar: Feb. 1, 2021 |

BUSINESS INTERVENORS' UNOPPOSED MOT. TO
DISMISS EDISON ELECTRIC INSTITUTE
2:20-CV-00950-JCC

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

American Forest & Paper Association; American Petroleum Institute; Edison Electric Institute; National Mining Association; and the National Stone, Sand, & Gravel Association ("Business Intervenor Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7, respectfully move that Intervenor Defendant Edison Electric Institute be dismissed from this lawsuit. Edison Electric Institute has requested that it no longer be a party to this action. Dismissing Edison Electric Institute will not burden any existing party or delay the progress of the lawsuit. Counsel for the Business Intervenor Defendants has conferred with counsel for Plaintiffs and Defendants. Defendants take no position on this motion, and Plaintiffs have no objection.

For the foregoing reasons, the Business Intervenors respectfully request that the Court dismiss Intervenor Defendant Edison Electric Institute without prejudice.

Dated this 1st day of February, 2021.

TUPPER MACK WELLS PLLC

/s/ James A. Tupper, Jr.
James A. Tupper, Jr., WSBA No. 16873
2025 First Avenue, Suite 1100
Seattle, WA 98121
(206) 493-2300
tupper@tmw-law.com

/s/ Lynne M. Cohee
Lynne M. Cohee, WSBA No. 18496
2025 First Avenue, Suite 1100
Seattle, WA 98121
(206) 493-2300
cohee@tmw-law.com

MAYER BROWN LLP

/s/ Timothy S. Bishop
Timothy S. Bishop*
1999 K Street NW
Washington, DC  20006
(202) 263-3000
tbishop@mayerbrown.com

BUSINESS INTERVENORS' UNOPPOSED MOT. TO
DISMISS EDISON ELECTRIC INSTITUTE
2:20-CV-00950-JCC

1

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

/s/ Brett E. Legner
Brett E. Legner*
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 701 7829
Facsimile: (312) 706 8607
blegner@mayerbrown.com

Admitted *pro hac vice*

*Attorneys for Business Intervenor-Defendants*

BUSINESS INTERVENORS' UNOPPOSED MOT. TO
DISMISS EDISON ELECTRIC INSTITUTE
2:20-CV-00950-JCC

**Tupper Mack Wells PLLC**
2025 First Avenue
Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310