The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, IDAHO CONSERVATION LEAGUE, SIERRA CLUB, and MI FAMILIA VOTA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants,<br><br>and,<br><br>AMERICAN FOREST & PAPER ASSOCIATION, AMERICAN PETROLEUM INSTITUTE, and NATIONAL MINING ASSOCIATION, NATIONAL STONE, SAND, & GRAVEL ASSOCIATION,<br><br>Intervenor-Defendants. | No. 2:20-CV-0950-JCC<br><br>JOINT STATUS REPORT AND STIPULATED MOTION TO FURTHER STAY PROCEEDING<br><br><br>NOTE ON MOTION CALENDAR:<br>APRIL 30, 2021 |

Joint Status Report and Stipulated Motion to Further
Stay Proceeding
2:20-CV-0950-JCC

i

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

In accordance with this Court's Order, Dkt. No. 47 (Feb. 8, 2021), Plaintiffs, Defendants ("the Agencies"),[1] and Intervenor-Defendants[2] hereby submit this status report. Furthermore, pursuant to Local Rules 7(d)(1) and 10(g), the Parties hereby move to further stay the above-captioned proceeding until July 1, 2021. The Parties have good cause for this request.

1. In this proceeding, Plaintiffs are challenging two rules promulgated by the Agencies that define the phrase "waters of the United States" in Section 1362(7) of the Clean Water Act: the Navigable Waters Protection Rule: Definition of "Waters of the United States," 85 Fed. Reg. 22,250 (Apr. 21, 2020) ("NWPR"), and the Definition of "Waters of the United States"—Recodification of Pre-Existing Rules, 84 Fed. Reg. 56,626 (Oct. 22, 2019) ("Repeal Rule").

2. As stated in the Parties' February 5, 2021 Stipulated Motion to Stay Proceeding, Dkt. No. 46, the Agencies are reviewing the NWPR, which replaced the Repeal Rule. Accordingly, the Court granted the Parties' motion to stay the proceeding until May 1, 2021. Dkt. No. 47. The Court further ordered the Parties to submit a joint status report on or before May 1, 2021 "to update the Court on the status of the case." *Id.*

3. On March 10, 2021, the new EPA Administrator, Michael Regan, was sworn in. 167 Cong. Rec. S1456 (daily ed. Mar. 10, 2021). The new Administrator and his staff have since been briefed on the NWPR, and the new administration is currently weighing its options regarding the Rule.

4. Recently, Administrator Regan pledged to "begin a stakeholder engagement process involving our AG community, Farm Bureau or AG CEOs, our environmental community,

---

[1] EPA Administrator Michael Regan and Acting Assistant Secretary of the Army for Civil Works Jaime Pinkham are automatically substituted for their predecessors in office pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

[2] Proposed intervenor-plaintiff Patagonia Works has filed a motion to intervene in this proceeding. *See* Dkt. No. 21. This motion remains pending.

Joint Status Report and Stipulated Motion to Further
Stay Proceeding
2:20-CV-0950-JCC

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

1

to look at the lessons learned and how we can move forward." *Hearing on Fiscal 2022 Budget Requests for EPA Before the H. Appropriations Subcomm. on Interior & Env't*, 117th Cong. 4 (Apr. 21, 2021) (statement of Michael Regan, EPA Administrator). While the Agencies have not yet made a final decision with respect to the NWPR, Administrator Regan has expressed his intent to "chart a path forward on waters of the U.S. that will be inclusive and forward-looking." *Id*. at 5.

5. Given that the review of the NWPR is active and ongoing, the Parties all agree that the proceeding should be further stayed until July 1, 2021.

6. Other courts considering challenges to the rules at issue in this case have granted stays or extensions of proceedings to accommodate the Agencies' review. *See, e.g.*, *State of Colorado v. EPA*, No. 20-cv-01461, Dkt. No. 101 (D. Colo. Apr. 21, 2021) (granting second 45-day extension of briefing schedule); *State of California v. Regan*, No. 3:20-cv-3005, Dkt. No. 241 (granting opposed motion to stay proceedings for an additional 60 days after initial 60-day stay) (N.D. Cal. Apr. 16, 2021); *Waterkeeper All. v. Wheeler*, No. 3:18-cv-03521, Dkt. No. 105 (N.D. Cal. Apr. 14, 2021) (granting the Agencies' request for a 60-day extension after initial 60-day stay); *Navajo Nation v. Wheeler*, No. 2:20-cv-602, Dkt. No. 27 (D.N.M. Feb. 4, 2021) (extending all deadlines by 30 days); *Murray v. Wheeler*, No. 1:19-cv-1498, Dkt. No. 42 (N.D.N.Y. Feb. 2, 2021) (holding case in abeyance until August 2, 2021); *New Mexico Cattle Grower's Ass'n v. EPA*, No. 19-cv-0988 RB/SCY, Dkt. No. 64 (D.N.M. Ap. 29, 2021) (granting opposed request to continue existing stay in the case until June 1, 2021); *Envtl. Integrity Project v. Wheeler*, No. 1:20-cv-01734, Dkt. No. 27 (D.D.C. Jan. 28, 2021) (staying case indefinitely).[3]

7. This joint motion is without prejudice to the right of any party to seek a further stay at the end of the abeyance period. The Parties retain the right to move this Court to lift the

---

[3] Only one court has denied such a request. *See Pascua Yaqui Tribe v. EPA*, No. 4:20-cv-00266, Dkt. No. 32 (D. Ariz. Apr. 12, 2021). In that case, the Agencies had requested a 90-day stay, which was opposed by the plaintiffs.

Joint Status Report and Stipulated Motion to Further
Stay Proceeding
2:20-CV-0950-JCC

2

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

1  stay prior to the end of the abeyance period if circumstances warrant resuming litigation.Granting
2  this motion will not prejudice any party, will conserve the Parties' resources, and will promote
3  the interest of judicial economy.
4      For the foregoing reasons, the Parties respectfully request that the Court stay this
5  proceeding until July 1, 2021.

6  Dated: April 29, 2021                            Respectfully submitted,

7                                                   /s/ *Hubert T. Lee*

8                                                   HUBERT T. LEE
9                                                   SONYA J. SHEA
                                                    *Trial Attorneys*
10                                                  Environmental Defense Section
                                                    U.S. Department of Justice
11                                                  P.O. Box 7611
                                                    Washington, DC 20044
12                                                  (202) 514-1806 (Lee)
                                                    (303) 844-7231 (Shea)
13                                                  Hubert.lee@usdoj.gov
14                                                  Sonya.Shea@usdoj.gov

15                                                  COUNSEL FOR DEFENDANTS
16

17                                                  /s/ *Janette K. Brimmer*
                                                    JANETTE K. BRIMMER
18                                                  Earthjustice Northwest Office
                                                    705 2nd Ave., Suite 203
19                                                  Seattle, WA 98104
                                                    Telephone: (206) 343-7340
20                                                  Email: jbrimmer@earthjustie.org

21                                                  COUNSEL FOR PLAINTIFFS
22
23
24
25
26
27

Joint Status Report and Stipulated Motion to Further
Stay Proceeding
2:20-CV-0950-JCC

3

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

/s/ *James A. Tupper, Jr.*
TUPPER MACK WELLS PLLC
James A. Tupper, Jr., WSBA No. 16873 2025
First Avenue, Suite 1100
Seattle, WA 98121
(206) 493-2300
tupper@tmw-law.com

MAYER BROWN LLP
Timothy S. Bishop*
Colleen M. Campbell*
1999 K Street NW
Washington, DC 20006
(202) 263-3000
tbishop@mayerbrown.com
ccampbell@mayerbrown.com

Brett E. Legner*
71 S. Wacker Drive Chicago, IL 60606
Telephone: (312) 701-7829
Facsimile: (312) 706-8607
blegner@mayerbrown.com

COUNSEL FOR INTERVENOR-DEFENDANTS
*Pro hac vice*

Joint Status Report and Stipulated Motion to Further Stay Proceeding
2:20-CV-0950-JCC

4

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

1 **[Proposed] Order**

2     It is ordered that the above-captioned proceeding be stayed until July 1, 2021.

3 IT IS SO ORDERED,

4                                                                        _____

5                                                                        Hon. John C. Coughenour
                                                                       UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Joint Status Report and Stipulated Motion to Further
Stay Proceeding
2:20-CV-0950-JCC

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

5

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2021, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Hubert T. Lee*

Hubert T. Lee

Joint Status Report and Stipulated Motion to Further Stay Proceeding
2:20-CV-0950-JCC

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

6