THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, *et al.*, | CASE NO. C20-0950-JCC |
| Plaintiffs, | ORDER |
| v. | |
| ANDREW WHEELER, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' stipulated motion to further stay the proceedings (Dkt. No. 49).

Plaintiffs Puget Soundkeeper Alliance, the Sierra Club, the Idaho Conservation League, and Mi Familia Vota bring claims against the Environmental Protection Agency and the Army Corps of Engineers challenging two successive rules defining "waters of the United States" in the Clean Water Act. (*See generally* Dkt. No. 40.) On February 8, 2021, the Court issued an order staying this matter until May 1, 2021 based on President Biden's January 20, 2021 Executive Order. (*See generally* Dkt. No. 47.) The parties now move to continue the stay until July 1, 2021 while the agencies' review of the rule remains ongoing. (Dkt. No. 49 at 2–3.) Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion (Dkt. No. 49) and ORDERS:

1. This matter will remain STAYED until July 1, 2021.

ORDER
C20-0950-JCC
PAGE - 1

2. The parties must file a joint status report on or before July 1, 2021, to update the Court on the status of the case.

DATED this 24th day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-0950-JCC
PAGE - 2