UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, *et al.*, | CASE NO. C20-0950-JCC |
| Plaintiffs, | ORDER |
| v. | |
| ANDREW WHEELER, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' joint status report and stipulated motion to further stay the proceedings (Dkt. No. 51).

Plaintiffs Puget Soundkeeper Alliance, the Sierra Club, the Idaho Conservation League, and Mi Familia Vota bring claims against the Environmental Protection Agency and the Army Corps of Engineers challenging two successive rules defining "waters of the United States" in the Clean Water Act. (*See generally* Dkt. No. 40.) On February 8, 2021, the Court issued an order staying this matter until May 1, 2021 based on President Biden's January 20, 2021 Executive Order. (*See generally* Dkt. No. 47.) The Court later extended the stay until July 1, 2021 because the agencies' review of the rule remained ongoing. (Dkt. No. 50.) On June 9, 2021, the agencies announced that they will initiate new rulemaking to revise the definition of "waters of the United States." (Dkt. No. 51 at 3.) In light of the new rulemaking, the parties agree that an extension of the stay is appropriate and ask the Court to continue the stay until October 1, 2021.

(*Id.* at 3–4.)

Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion (Dkt. No. 51) and ORDERS:

1. This matter will remain STAYED until October 1, 2021.
2. The parties must file a joint status report and proposal to further govern proceedings on or before October 1, 2021.

DATED this 6th day of July 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-0950-JCC
PAGE - 2