THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, *et al.*, | CASE NO. C20-0950-JCC |
| Plaintiffs, | ORDER |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' joint status report and stipulated motion to further stay the proceedings (Dkt. No. 55).

Plaintiffs bring claims against the Environmental Protection Agency and the Army Corps of Engineers challenging two successive rules defining "waters of the United States" in the Clean Water Act. (*See generally* Dkt. No. 40.) On February 8, 2021, the Court issued an order staying this matter based on President Biden's January 20, 2021 Executive Order. (*See generally* Dkt. No. 47.) The Court extended the stay three times while the agencies' review of the rule and rulemaking process to revise the definition at issue remained ongoing. (Dkt. Nos. 50, 52, 54.) The case remains in abeyance. (Dkt. No. 54)

The parties now request a further abeyance pending issuance by the Agencies of a final rule defining "waters of the United States" or a determination by the Agencies that they will no

longer proceed with the rulemaking process. (Dkt. No. 55 at 2.)

Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion (Dkt. No. 55) and ORDERS:

1. This matter will remain STAYED until September 1, 2022.
2. The parties must file a joint status report and proposal to further govern proceedings on or before September 1, 2022.

DATED this 4th day of April 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE