The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, IDAHO CONSERVATION LEAGUE, SIERRA CLUB, and MI FAMILIA VOTA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants,<br><br>and,<br><br>AMERICAN FOREST & PAPER ASSOCIATION, AMERICAN PETROLEUM INSTITUTE, and NATIONAL MINING ASSOCIATION, NATIONAL STONE, SAND, & GRAVEL ASSOCIATION,<br><br>Intervenor-Defendants. | No. 2:20-CV-0950-JCC<br><br>STIPULATED MOTION OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>JANUARY 12, 2023 |

Stipulated Motion to Dismiss
2:20-CV-0950-JCC

i

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rules 7(d)(1) and 10(g), the parties hereby stipulate to the dismissal of this action without prejudice. Each party agrees to bear its own fees and costs.

Dated: January 12, 2023               Respectfully submitted,

/s/ *Hubert T. Lee*

HUBERT T. LEE
SONYA J. SHEA
*Trial Attorneys*
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-1806 (Lee)
(303) 844-7231 (Shea)
Hubert.lee@usdoj.gov
Sonya.Shea@usdoj.gov

COUNSEL FOR DEFENDANTS


/s/ *Janette K. Brimmer*
JANETTE K. BRIMMER
Earthjustice Northwest Office
705 2nd Ave., Suite 203
Seattle, WA 98104
Telephone: (206) 343-7340
Email: jbrimmer@earthjustie.org

COUNSEL FOR PLAINTIFFS

Stipulated Motion to Dismiss
2:20-CV-0950-JCC

1

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

| | |
|---|---|
| 1 | /s/ *James A. Tupper, Jr.* |
| | TUPPER MACK WELLS PLLC |
| 2 | James A. Tupper, Jr., WSBA No. 16873 2025 |
| | First Avenue, Suite 1100 |
| 3 | Seattle, WA 98121 |
| | (206) 493-2300 |
| 4 | tupper@tmw-law.com |

MAYER BROWN LLP
Timothy S. Bishop*
1999 K Street NW
Washington, DC 20006
(202) 263-3000
tbishop@mayerbrown.com

Brett E. Legner*
71 S. Wacker Drive Chicago, IL 60606
Telephone: (312) 701 7829 Facsimile: (312) 706 8607
blegner@mayerbrown.com

COUNSEL FOR INTERVENOR-DEFENDANTS
*Pro hac vice*

Stipulated Motion to Dismiss
2:20-CV-0950-JCC

2

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

**[Proposed] Order**

It is ordered that the above-captioned proceeding be dismissed without prejudice.

IT IS SO ORDERED.

                                                                _____

                                                             Hon. John C. Coughenour
                                                             UNITED STATES DISTRICT JUDGE

Stipulated Motion to Dismiss
2:20-CV-0950-JCC

3

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Hubert T. Lee*

Hubert T. Lee

Stipulated Motion to Dismiss
2:20-CV-0950-JCC

4

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806